UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

AMY-JO SABO,

                        Plaintiff,

     -against-

CITY OF NEW YORK,

                       Defendant.

------------------------------------------x

ORDER

19 Civ. 2681

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference before this Court is canceled.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE